UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN MOON,<br><br>  Plaintiff,<br><br>  v.<br><br>EDMUND G. BROWN; et al.,<br><br>  Defendants. | No. C 15-1228 SI (pr)<br><br>**ORDER OF RECUSAL AND FOR REASSIGNMENT** |

Having been named as a defendant in this civil rights action filed by a California prisoner, the undersigned hereby RECUSES herself from this action. *See* 28 U.S.C. § 455(b)(5)(i). The clerk shall cause this action to be randomly reassigned to another district judge.

IT IS SO ORDERED.

DATED: April 23, 2015

　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　United States District Judge