UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN MOON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDMUND G. BROWN, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-01228-HSG (PR)<br><br>**ORDER DENYING PLAINTIFF'S "EMERGENCY MOTION"**<br><br>Re: Dkt. No. 17 |

　　Plaintiff's "emergency motion" for this Court to pay his filing fees or, alternatively, grant him *in forma pauperis* ("IFP") status is DENIED. As explained in the Court's prior orders, plaintiff may not bring a civil action IFP given that he has "on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted" and given that he has not shown "imminent danger of serious physical injury." *See* 28 U.S.C. § 1915(g).

　　No further filings will be accepted in this closed case.

　　This order terminates Docket No. 17.

　　**IT IS SO ORDERED.**

Dated: 10/14/2015

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　United States District Judge